IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND ADAMS** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 06-3382 |
| | : | |
| **FRANKLIN J. TENNIS, Superintendent, and** | : | |
| **THE PENNSYLVANIA BOARD OF** | : | |
| **PROBATION AND PAROLE** | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 27th of March, 2007, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated February 28, 2007, and the record in this case, no objections to the Report and Recommendation having been filed, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated February 28, 2007, is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 filed by petitioner, Raymond Adams, is **DISMISSED WITH PREJUDICE**; and,

3 A certificate of appealability will not issue on the ground that petitioner, Raymond Adams, has not made a substantial showing of a denial of a constitutional right or that a reasonable jurist would debate the correctness of this Order. 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.